**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
BRIAN TATE SHIPPEN-MURRAY
MICHAEL H. ROSENSTEIN
SEPEHR DAGHIGHIAN
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorney for Plaintiff,
**LOANNE TRAN**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
eservice@thetafirm.com
15901 Hawthorne, Blvd., Suite 270
Lawndale, CA 90260

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANNE TRAN, an individual,<br><br>    Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No: 2:23-cv-00117-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, LOANNE TRAN, and Defendant,

MERCEDES-BENZ USA, LLC (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs, and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: May 11, 2023            **CALIFORNIA CONSUMER ATTORNEYS, P.C.**

By ____/s/ _Brian Tate Shippen-Murray_____
BRIAN TATE SHIPPEN-MURRAY
MICHAEL H. ROSENSTEIN
SEPEHR DAGHIGHIAN
**LOANNE TRAN**

Dated: May 11, 2023            **THETA LAW FIRM, LLP**

By: _/s/ Mehgan Gallagher_
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**