JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANNE TRAN, an individual, | Case No.: 2:23-cv-00117-SPG-PVC |
| Plaintiff, | ORDER GRANTING |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Filed:   January 9, 2023 |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Loanne Tran ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") (collectively the "Parties") have reached a settlement as to all claims in the above-referenced matter. In consideration of the negotiated settlement, the Parties hereby stipulate to and jointly request that, this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 3, 2023  **CALIFORNIA CONSUMER ATTORNEYS**

/s/ Brian T. Shippen-Murray
Michael H. Rosenstein
Brian T. Shippen-Murray
Attorneys for Plaintiff,
LOANNE TRAN

Dated: August 3, 2023  **THETA LAW FIRM, LLP**

*/s/ Mehgan Gallagher*
Soheyl Tahsildoost
Mehgan Gallagher
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

**ORDER**

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: August 7, 2023

_____
United States District Court Judge